Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

*Attorneys for Plaintiff LuxCups Creative LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXCUPS CREATIVE LLC, | Case No.: 2:22-cv-02388 PA (AGRx) |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), LuxCups Creative LLC dismisses this action without prejudice against Defendants Zoetop Business Co., Ltd. d/b/a Shein and Romwe, with each party to bear its own costs.

Dated:    April 12, 2022                      Respectfully Submitted,

                                              BYRON RAPHAEL LLP

By: /s/ Jordan Raphael
Jordan Raphael

*Attorneys for Plaintiff LuxCups Creative LLC*